FILED: June 8, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4236 (L)
(1:21-cr-00334-RDB-2)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ERIC FRU NJI

      Defendant - Appellant

_____

No. 23-4284
(1:21-cr-00334-RDB-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

WILSON NUYILA TITA

      Defendant - Appellant

_____

No. 23-4387
(1:21-cr-00334-RDB-3)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

WILSON CHE FONGUH

        Defendant - Appellant

_____

O R D E R

_____

The court consolidates Case No. 23-4387 and Case No. 23-4236(L). Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in secondary cases.

        For the Court--By Direction

        <u>/s/ Patricia S. Connor, Clerk</u>